# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHAWN A. WILLIAMS,

                Plaintiff,

-vs-

                                                    Case No.  6:08-cv-293-Orl-18GJK

SUSAN BENNET MCAULEY,

                Defendant.

_____

## REPORT AND RECOMMENDATION
### TO THE DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2)** |
| **FILED:** | **February 27, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** and the Plaintiff's Complaint be **DISMISSED** without prejudice.

On February 27, 2008, *pro se* Plaintiff Shawn Williams ("Williams") instituted this action by filing his Complaint ("Complaint"). Doc. No. 1. Presently before the Court is his Application to Proceed Without Prepayment of Fees and Affidavit ("Motion to Proceed *In Forma Pauperis*"). Doc. No. 2.